UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES P. ERNST**<br>Plaintiff | * <br> * <br> * | **CIVIL ACTION NO. 21-cv-01829** |
| **VERSUS** | * <br> * <br> * | **JUDGE: SUSIE MORGAN** |
| **PHILLIPS 66 COMPANY, ET AL.,**<br>Defendant | * <br> * | **MAGISTRATE:**<br>**MICHAEL NORTH** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF WITHDRAWAL**
**AS COUNSEL FOR CHARLES P. ERNST**

**COMES NOW,** Douglas R. Kraus, and hereby notifies the Court, Clerk of Court, and all counsel of record of the withdrawal of Brener & Kraus, LLC and Douglas R. Kraus as counsel of record for Charles P. Ernst. Mr. Ernst will continue to be represented by Chelsea Cusimano, who will move to the law firm of Sternberg, Naccari, & White, LLC, 935 Gravier Street, Suite 2020, New Orleans, Louisiana 70112, Telephone: (504) 324-2141, Facsimile: (504) 534-8961, and will continue to serve as lead counsel.

Respectfully Submitted:

BRENER & KRAUS, LLC

   _/s/ Douglas R. Kraus_
Douglas R. Kraus, La Bar #26668
***Brener & Kraus, LLC***
3640 Magazine Street
New Orleans, LA 70115
(504) 302-7802 Telephone
(504) 304-4759 Fax
_dkraus@brenerlawfirm.com_

1

STERNBERG, NACCARI, &
WHITE, LLC

*/s/ Chelsea B. Cusimano*
Chelsea B. Cusimano, La. Bar #34857
***Sternberg, Naccari, & White, LLC***
935 Gravier Street, #2020
New Orleans, LA 70112
(504) 324-2141 Telephone
(504) 000-0000 Fax
*chelsea@snwlaw.com*

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that a copy of the above Notice of Withdrawal has been served on all counsel of record to these proceedings via electronic service through the Court's CM/ECF system this 19th day of January, 2023.

/s/ Douglas R. Kraus
Douglas R. Kraus

2