UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES PETER ERNST,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1829** |
| **PHILLIPS 66 COMPANY, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

### ORDER

Due to a conflict, and with the consent of the parties;

**IT IS ORDERED** that the in-person status conference currently scheduled for Thursday, February 9, 2023, at 11:00 a.m., is hereby **CONTINUED to Friday, February 10, 2023, at 10:00 a.m.**

New Orleans, Louisiana, this 7th day of February, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**