UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES PETER ERNST** ) | **CIVIL ACTION No. 2:21-cv-01829** |
| ) | |
| **Plaintiff,** ) | **JUDGE SUSIE MORGAN** |
| ) | |
| **v.** ) | |
| ) | **MAGISTRATE MICHAEL NORTH** |
| ) | |
| ) | |
| ) | |
| **PHILIPS 66 COMPANY, ET. AL.,** ) | |
| **Defendant** ) | |
| ) | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Peter Ernst, who respectfully moves this Honorable Court for an Order enrolling Chelsea Brener Cusimano, La. Bar No. 34857, M. Suzanne Montero, La. Bar No. 21361, and Katherine B. Wells, La Bar. No. 36077, with the the firm, Sternberg, Naccari, and White, LLC, as counsel of record for Plaintiff, Peter Ernst.

**WHEREFORE**, Plaintiff, Peter Ernst, respectfully prays that that this Honorable Court grants his Motion to Enroll, and Chelsea Brener Cusimano, M. Suzanne Montero, and Katherine B. Wells, are enrolled as counsel of record in the captioned proceedings for the Plaintiff.

**(SIGNATURE BLOCK ON FOLLOWING PAGE)**

1

Respectfully submitted:

**STERNBERG, NACCARI & WHITE, LLC**

_____
**CHELSEA BRENER CUSIMANO**, La. Bar No. 34857
**M. SUZANNE MONTERO**, La. Bar No. 21361
**KATHERINE B. WELLS**, La. Nar No. 36077
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112
Telephone: 504.324.2141
Facsimile: 504.534.8961
cbc@snw.law | suzy@snw.law | katherine@snw.law

*Counsel for Charles Peter Ernst*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES PETER ERNST** ) | **CIVIL ACTION No. 2:21-cv-01829** |
| ) | |
| Plaintiff, ) | **JUDGE SUSIE MORGAN** |
| ) | |
| v. ) | |
| ) | **MAGISTRATE MICHAEL NORTH** |
| ) | |
| ) | |
| ) | |
| **PHILIPS 66 COMPANY, ET. AL.,** | |
| Defendant ) | |
| ) | |

**ORDER**

Considering the foregoing *Motion to Enroll as Counsel of Record* filed by Plaintiff, Charles Peter Ernst:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion to Enroll as Counsel of Record is **GRANTED**, and Chelsea Brener Cusimano, La. Bar No. 34857, M. Suzanne Montero, La. Bar No. 21361, and Katherine B. Wells, La. Bar No. 36077, are hereby enrolled as counsel of record for the Plaintiff, Charles Peter Ernst.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
**JUDGE SUSIE MORGAN**

3