MINUTE ENTRY
MORGAN, J.
April 25, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES PETER ERNST,**<br>     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1829** |
| **PHILLIPS 66 COMPANY, ET AL.,**<br>     Defendants | **SECTION: "E" (5)** |

### MINUTE ENTRY

A telephone status conference was held on April 25, 2023, at 9:10 a.m., in the chambers of Judge Susie Morgan.

Present:   Chelsea Cusimano and M. Suzanne Montero, counsel for Plaintiff, Charles Peter Ernst; Scott Huffstetler and Chelsea Caswell, counsel for Defendants, Phillips 66 Company and Phillips 66; Matthew Bates, managing counsel for Defendants, Phillips 66 Company and Phillips 66.

The parties discussed the status of the case.

**New Orleans, Louisiana, this 25th day of April, 2023.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:09)