UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES PETER ERNST** | **CIVIL ACTION NO. 21-1829** |
| **VERSUS** | **JUDGE MORGAN** |
| **PHILLIPS 66 COMPANY AND PHILLIPS 66** | **MAGISTRATE JUDGE NORTH** |

## JOINT MOTION TO ENTER 60-DAY DISMISSAL ORDER

**NOW INTO COURT**, through undersigned counsel, come Plaintiff Charles Peter Ernst and Defendants Phillips 66 Company and Phillips 66, who move this Honorable Court to enter a 60-day dismissal without prejudice order. The basis of this motion is that the parties anticipate filing a joint motion to dismiss the plaintiff's claims with prejudice with each party to bear their own costs and attorneys' fees within the next 60 days.

Respectfully Submitted:

*/s/Chelsea Brener Cusimano*
Chelsea Brener Cusimano, La. Bar No. 34857
M. Suzanne Montero, La. Bar No. 21361
Katherine B. Wells, La. Nar No. 36077
STERNBERG, NACCARI & WHITE, LLC
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112
Telephone: 504.324.2141
Facsimile: 504.534.8961
cbc@snw.law | suzy@snw.law |
katherine@snw.law

*Counsel for Charles Peter Ernst*

>*/s/Scott D. Huffstetler*
>Scott D. Huffstetler (#28615), T.A.
>scott.huffstetler@keanmiller.com
>Chelsea G. Caswell (#35147)
>chelsea.caswell@keanmiller.com
>**KEAN MILLER LLP**
>400 Convention Street, Suite 700 (70802)
>Post Office Box 3513
>Baton Rouge, LA  70821
>Telephone:  (225) 387-0999
>Facsimile:  (225) 388-9133
>
>***Attorneys for Phillips 66 Company and Phillips 66***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following, by operation of the Court's electronic filing system:

Chelsea Brener Cusimano
M. Suzanne Montero
Katherine B. Wells
STERNBERG, NACCARI & WHITE, LLC
935 Gravier Street, Suite 2020
New Orleans, Louisiana 70112
cbc@snw.law  | suzy@snw.law  | katherine@snw.law

Baton Rouge, Louisiana this 19th day of May, 2023.

>*/s/Scott D. Huffstetler*
>Scott D. Huffstetler

2

4861-4555-9140 v1